IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02807-PAB-SKC

ALEXANDER HOOD, on behalf of himself and all similarly situated persons,

    Plaintiffs,

vs.

AMERICAN AUTO CARE, LLC, a Florida limited liability company,
BEACON FINANCIAL SOLUTIONS, LLC, a Florida limited liability company,
JESSIE BRITT, an individual,
KYLIE BRITT, an individual,
DAVID GLENWINKEL, an individual,
ROYAL ADMINISTRATION SERVICES, INC., a Florida corporation,
CAREGUARD ADMINISTRATION INC., a Kansas corporation,
MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation d/b/a ELEMENT
  PROTECTION PLANS,
EGV COMPANIES, INC., a Delaware corporation d/b/a OMEGA AUTO CARE,

    Defendants.

## [PROPOSED] ORDER

Before the Court is the Rule 12(b)(2) Motion to Dismiss filed by Defendants America Auto Care, LLC, Beacon Financial Solutions, LLC, Jesse Britt, Kylie Britt and David Glenwinkel (the "AAC Defendants"). After considering the Motion and the pleadings and papers on file with the Court, the Court finds that the Motion should be and is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that Plaintiff's complaint against the AAC Defendants is DISMISSED for lack of jurisdiction over the AAC Defendants, which defect Plaintiff has not remedied, after multiple opportunities, and cannot remedy in this District in light of the jurisdictional facts set forth in the Second Amended Complaint and the parties' submissions in connection with the Motion.

It is FURTHER ORDERED that, pursuant to C.R.S. § 13-17-201, the AAC Defendants may recover from Plaintiff their reasonable attorneys' fees in connection with the Motion, as

2

well as taxable costs. The AAC Defendants shall file their bill of costs and a declaration setting forth their fees in connection with the Motion within two weeks.

SIGNED this _____ day of _____, _____.

_____
The Honorable Philip A. Brimmer
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>BGonzales@ColoradoWageLaw.com
>wyoadvocate@gmail.com
>bmcgovern@mlklaw.com
>cderoode@mlklaw.com
>twagner@polsinelli.com

s/<i>Paul D. Swanson</i><br>
Paul D. Swanson

12060269_1