**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-02807-PAB-SKC

ALEXANDER HOOD, on behalf of himself and all similarly situated persons,

      Plaintiffs,

vs.

AMERICAN AUTO CARE, LLC, a Florida limited liability company,
BEACON FINANCIAL SOLUTIONS, LLC, a Florida limited liability company,
JESSIE BRITT, an individual,
KYLIE BRITT, an individual,
DAVID GLENWINKEL, an individual,
ROYAL ADMINISTRATION SERVICES, INC., a Florida corporation,
CARGUARD ADMINISTRATION INC., a Kansas corporation,
MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation d/b/a ELEMENT
  PROTECTION PLANS,
EGV COMPANIES, INC., a Delaware corporation d/b/a OMEGA AUTO CARE,

      Defendants.

---

**[PROPOSED] ORDER**

---

      Before the Court is the Motion to Stay Disclosure and Discovery Pending Determination of Jurisdiction Motion filed by Defendants America Auto Care, LLC, Beacon Financial Solutions, LLC, Jesse Britt, Kylie Britt and David Glenwinkel (the "AAC Defendants"). After considering the Motion and the pleadings and papers on file with the Court, the Court finds that the Motion should be and is HEREBY GRANTED.

      Accordingly, it is HEREBY ORDERED that disclosure and discovery obligations are hereby STAYED until resolution of the AAC Defendant's pending Rule 12(b)(2) motion.

      SIGNED this _____ day of _____, _____.

                              _____
                              The Honorable S. Kato Crews
                              United States Magistrate Judge