IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 18-cv-02807-PAB-SKC | Date: May 31, 2019 |
| Courtroom Deputy:  Emily Buchanan | FTR – Reporter Deck-Courtroom C-204 |

*Parties:*                                                        *Counsel:*

ALEXANDER HOOD,                                    Brian Gonzales

    Plaintiff,

v.

AMERICAN AUTO CARE, LLC,                   Paul Swanson
BEACON FINANCIAL SOLUTIONS, LLC,
JESSIE BRITT,
KYLIE BRITT,
DAVID GLENWINKEL,
ROYAL ADMINISTRATION SERVICES, INC,
CARGUARD ADMINISTRATION INC.,
MATRIX WARRANTY SOLUTIONS, INC, and     Benjamin Leoni
EGV COMPANIES, INC,                             Chad DeRoode

    Defendants.

---

## COURTROOM MINUTES

---

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 10:06 a.m.**
Court calls case.  Appearances of counsel.

The matter before the Court is AAC Defendants' Motion to Stay Disclosure and Discovery Pending Determination of Jurisdiction Motion (Doc. No. 58).

Court's question of whether Plaintiff was suggesting that jurisdictional discovery was necessary for the Plaintiff to sufficiently respond to the Motion to Dismiss was answered in footnote 2 on page 3 of Plaintiff's Response to the Motion to Dismiss.

Mr. Gonzales confirms the Court's understanding of Plaintiff's position.

**ORDERED:**   AAC Defendants' Motion to Stay Disclosure and Discovery Pending Determination of Jurisdiction Motion (Doc. No. 58) is **GRANTED**.  A written order will issue.

HEARING CONCLUDED.

**Court in recess: 10:11 a.m.**
Total time in court: 00:05

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.