**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:18-cv-02807-PAB-SKC

ALEXANDER HOOD,

    Plaintiff,

v.

AMERICAN AUTO CARE, LLC AND BEACON FINANCIAL SOLUTIONS, LLC, BOTH FLORIDA LIMITED LIABILITY COMPANIES, JESSIE BRITT, KYLIE BRITT, AND DAVID GLENWINKEL, EACH INDIVIDUALS, ROYAL ADMINISTRATION SERVICES, INC. A FLORIDA CORPORATION, CARGUARD ADMINISTRATION INC., A KANSAS CORPORATION, MATRIX WARRANTY SOLUTIONS, INC., D/B/A ELEMENT PROTECTION PLANS, A NEVADA CORPORATION, AND EGV COMPANIES, INC., D/B/A OMEGA AUTO CARE, A DELAWARE CORPORATION,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Alexander Hood hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's March 23, 2020 order (Docket No. 90) and the final judgment for Defendants entered pursuant to that order (Docket No. 91).

    Respectfully submitted,

By: *s/Brian D. Gonzales*

Brian D. Gonzales
THE LAW OFFICES OF
BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
Telephone: 970-214-0562
BGonzales@ColoradoWageLaw.com

1

2

**Certificate of Service**

I hereby certify that on April 21, 2020, I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5.

*s/Brian D. Gonzales*

Brian D. Gonzales