FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**December 28, 2021**

Christopher M. Wolpert
Clerk of Court

---

ALEXANDER HOOD, on behalf of himself and all similarly situated persons,

    Plaintiff - Appellant,

v.

AMERICAN AUTO CARE, LLC, a Florida limited liability company; BEACON FINANCIAL SOLUTIONS, LLC, a Florida limited liability company; JESSIE BRITT, an individual; KYLIE BRITT, an individual; DAVID GLENWINKEL, an individual; ROYAL ADMINISTRATION SERVICES, INC., a Florida corporation; CARGUARD ADMINISTRATION INC., a Kansas corporation; MATRIX WARRANTY SOLUTIONS, INC., a Nevada corporation, d/b/a Element Protection Plans; EGV COMPANIES, INC., a Delaware corporation, d/b/a Omega Auto Care,

    Defendants - Appellees.

No. 20-1157
(D.C. No. 1:18-CV-02807-PAB-SKC)
(D. Colo.)

---

## JUDGMENT

---

Before **HARTZ**, **PHILLIPS**, and **McHUGH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk