UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 20, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **20-1157, Hood v. American Auto Care, et al**
Dist/Ag docket: 1:18-CV-02807-PAB-SKC

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's December 28, 2021 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Jennifer Bennett
        Chad Matthew DeRoode
        Caitlyn Hubbard
        Brian Edward McGovern
        William Meyer
        Neil K. Sawhney
        John Skari Jr.
        Holly Stein Sollod

      Paul D. Swanson
      Thomas Hardy Wagner
      Jeffrey Eric Whitfield

CMW/lg