# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Alexander Hood, *on behalf of himself and all similarly situated persons*,

    Plaintiff,

v.

American Auto Care, LLC et al.,

    Defendants.

Civil Action No. 1:18-cv-2807

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the plaintiff, Alexander Hood.

DATED at San Francisco, California this 16th day of March 2022.

    Respectfully submitted,

    */s/ Jennifer D Bennett*
    Jennifer D. Bennett
    Gupta Wessler PLLC
    100 Pine Street, Suite 1250
    San Francisco, CA 94111
    415.569.6979
    *jennifer@guptawessler.com*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been filed through the CM/ECF system on March 16, 2022, which will send notice to the following counsel of record:

Carl Taylor Smith
Roth Jackson Gibbons Condlin, PLC
1519 Summit Avenue, Suite 102
Richmond, VA 23230

Joseph P. Bowser
Roth Jackson Gibbons Condlin PLC-Richmond
11 South 12th Street, Suite 500
Richmond, VA 23219

*Counsel for Defendants American Auto Care, LLC, Beacon Financial Solutions, LLC, Matrix Warranty Jessie Britt, Kyle Britt, and David Glenwinkel*

Brian Edward McGovern
McCarthy Leonard & Kaemmerer LC
825 Maryville Centre Drive, Suite 300
Chesterfield, MO 63017

Chad Matthew DeRoode
McCarthy Leonard & Kaemmerer LC
825 Maryville Centre Drive, Suite 300
Chesterfield, MO 63017

Thomas Hardy Wagner
Anderson Law Group-Salida
7385 West Highway 50
Salida, CO 81201

William R. Meyer
Polsinelli PC-Denver
1401 Lawrence Street, Suite 2300

Denver, CO 80202

*Counsel for Defendant EGV Companies, Inc.*

                                                       */s/ Jennifer D. Bennett*
                                                     Jennifer D. Bennett