# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ALEXANDER HOOD, on behalf of himself and all similarly situated persons,

    Plaintiff,

vs.

AMERICAN AUTO CARE, LLC, a Florida limited liability company,
BEACON FINANCIAL SOLUTIONS, LLC, a Florida limited liability company,
JESSIE BRITT, an individual,
KYLIE BRITT, an individual,
DAVID GLENWINKEL, an individual,
ROYAL ADMINISTRATION SERVICES, INC., a Florida corporation,
CARGUARD ADMINISTRATION, INC., a Kansas corporation,
MATRIX WARRANTY SOLUTIONS, INC., d/b/a Element Protection Plans, a Nevada corporation, and
EGV COMPANIES, INC., d/b/a Omega Auto Care, a Delaware corporation,

    Defendants.

Civil Action No. 18-cv-02807-PAB-SKC

**JOINT STIPULATION OF DISMISSAL OF ALEXANDER HOOD'S CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alexander Hood and all Defendants hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of Mr. Hood's complaint with each party bearing the party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: May 6, 2022

| | | |
|---|---|---|
| 1 | /s/ *Jennifer D. Bennett* | /s/      *Joseph P. Bowser* |
| 2 | Jennifer Bennett<br>Gupta Wessler, PLLC | Joseph P. Bowser<br>C. Taylor Smith |
| 3 | 100 Pine Street, Suite 1250<br>San Francisco, California 94111 | ROTH JACKSON<br>1519 Summit Ave, Suite 102 |
| 4 | Telephone: (415) 573-0336 | Richmond, Virginia 23230<br>Telephone: (804) 441-8701 |
| 5 | Jennifer@guptawessler.com<br>*Counsel for Plaintiff* | jbowser@rothjackson.com |
| 6 | | tsmith@rothjackson.com |

*Counsel for Defendants America Auto Care, LLC, Beacon Financial Solutions, LLC, Jessie Britt, Kylie Britt, David Glenwinkel, and Matrix Warranty Solutions, Inc. d/b/a Element Protection Plans*

/s/ *Chad Matthew DeRoode*
Brian Edward McGovern
Chad Matthew DeRoode
McCarthy Leonard & Kaemmerer LC
825 Maryville Centre Drive, Suite 300
Chesterfield, MO 63017
Telephone:   (314) 392-5200
bmcgovern@mlklaw.com
cderoode@mlklaw.com

and

William R. Meyer
Polsinelli PC-Denver
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Telephone:   (303) 572-9300
Wmeyer@polsinelli.com

*Counsel for Defendant EGV Companies, Inc.*